EDWARD H. KUBO, JR.       2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI      2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA       1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 21 2004

at ___ o'clock and ___ min. ___M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. CR04 00041 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | [21 U.S.C. 863(a)] |
| vs. | ) | |
| | ) | |
| YONG KIM,                    (01) | ) | |
| Y.K.B., Inc., doing          (02) | ) | |
| business as "Brudda's | ) | |
| Market, | ) | |
| | ) | |
| Defendants. | ) | |

### INDICTMENT

Count 1:

The Grand Jury charges that:

On or about September 22, 2003 in the District of Hawaii, defendants YONG KIM and Y.K.B., INC., doing business as "Brudda's Market", did knowingly, intentionally, and unlawfully sell drug paraphernalia, as that term is defined in Title 21, United States Code, Section 863(d), to wit: a glass pipe, a scale, and a torch

lighter,

In violation of Title 21, United States Code, Section 863(a), and Title 18, United States Code, Section 2.

Count 2:

The Grand Jury further charges that:

On or about September 24, 2003 in the District of Hawaii, defendants YONG KIM and Y.K.B., INC., doing business as "Brudda's Market", did knowingly, intentionally, and unlawfully sell drug paraphernalia, as that term is defined in Title 21, United States Code, Section 863(d), to wit: a glass pipe,

In violation of Title 21, United States Code, Section

863(a), and Title 18, United States Code, Section 2.

DATED: Honolulu, Hawaii, January 21, 2004.

A TRUE BILL.

/s/
_____
GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

By _____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

<u>USA v. Yong Kim and Y.K.B., Inc.</u>, USDC-Hawaii, Indictment.