Prob 35 (1/92)

**ORIGINAL**

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

# United States District Court
## FOR THE
### DISTRICT OF HAWAII

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

NOV 16 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

Criminal Nos. CR 04-00041JMS-01 and CR 05-00113JMS-01

YONG KIM

On 2/27/2006, the above named was placed on probation for a period of 3 years. She has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that she be discharged from probation at this time, having served 20 months of supervision.

Respectfully submitted,

ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 15th day of November, 2007.

J. MICHAEL SEABRIGHT
U.S. District Judge

